1  **MARGO A. RAISON, COUNTY COUNSEL**
   By: Kathleen Rivera, Deputy (SBN 211606)
2  **Kern County Administrative Center**
   **1115 Truxtun Avenue, Fourth Floor**
3  **Bakersfield, CA 93301**
   **Telephone 661-868-3800**
4  **Fax 661-868-3805**

5  **Attorneys for Defendant County of Kern**

6

7  **ERICKSEN ARBUTHNOT**
   **Attorneys at Law**
8  **Michael Lehman, Esq (SBN 133523)**
   **2440 W. Shaw Ave., Ste 101**
9  **Fresno, CA  93711**
   **Telephone 559-449-2600**
10 **Fax 559-449-2603**

11 **Attorneys for Defendant Michael Clark**

12

13                **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15 **H.M.,**                          **.**        ) **Case No.:**
                                                  )
16                    **Plaintiff,**              ) **NOTICE OF REMOVAL OF ACTION**
                                                  ) **PURSUANT TO 28 U.S.C. § 1441(A)**
17 **v.**                                         ) **(FEDERAL QUESTION)**
                                                  )
18 **COUNTY OF KERN, DEPUTY**                     )
   **MICHAEL CLARK and DOES 1 to 100,**           )
19 **inclusive,**                                 )
                                                  )
20                    **Defendants.**             )
                                                  )
21 _____               )

22        TO THE CLERK OF THE COURT OF THE ABOVE-ENTITLED COURT:

23        PLEASE TAKE NOTICE that Defendants County of Kern and Michael Clark hereby

24 remove to this Court the State Court action described below.

25        1.      On August 26, 2020, an action was commenced in the Superior Court of the

26 State of California in and for the County of Kern, entitled H.M. v. County of Kern, Deputy

27                                          1

28 _____
   Notice of Removal of Action Pursuant to 28 U.S.C. § 1441(A)

Michael Clark, et al., as case number BCV-20-101992.  The Complaint is attached hereto as Exhibit "A".

2.      The first date upon which Defendants received a copy of said Complaint was August 27, 2020, when Defendant County of Kern was served with a copy of said Complaint and Summons from the said State Court.  A copy of the Summons is attached as Exhibit "B."

3.      Plaintiffs purported to serve the individual Defendant, Michael Clark a copy of the Summons and Complaint.  Despite any defects in this service, the County of Kern accepts service on the remaining Defendants.

4.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(a) in that it arises under statute or constitutional provision.  The Complaint alleges federal claims of violation of civil rights pursuant to 42 U.S.C. §1983 and California State law claims.  This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C §1367(a) in that the state claims are related to the federal civil rights claims, having arisen out of the same occurrence and being part of the same case or controversy under Article III of the United States Constitution.


Dated: September 18, 2020            MARGO A. RAISON, COUNTY COUNSEL


                                     By:  /s/ Kathleen Rivera
                                          Kathleen Rivera, Deputy
                                          Attorney for Defendant County of Kern

Dated: September 17, 2020            ERICKSEN ARBUTHNOT


                                     By:  /s/ Michael Lehman
                                          Michael Lehman, Esq.
                                          Attorney for Michael Clark

2

# Exhibit A

DANIEL RODRIGUEZ, ESQ., SBN 096625
CHANTAL TRUJILLO, ESQ., SBN 289493
DANAY GONZALEZ, ESQ., SBN 316755
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
1128 Truxtun Avenue
Bakersfield, CA  93301
Tel. No.: (661) 323-1400
Fax No.: (661) 323-0132

Attorneys for Plaintiff,
H.M.

ELECTRONICALLY FILED
8/26/2020 10:52 AM
Kern County Superior Court
By Candice Rocha, Deputy

| | |
|---|---|
| H.M.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 to 100, inclusive,<br><br>　　　　　　Defendants. | Case No.:  BCV-20-101992<br><br>**COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**<br><br>Code No _____<br>BY ORDER OF THE BD/SUPV<br>Referred To _County Counsel_<br>_29_ pages<br>Hard delivered on 8/27/2020<br>Copies Furnished _Risk Management_<br><br>Filed by BD Supv 8/27/2020<br>KATHLEEN KRAUSE<br>Clerk of the Board of Supervisors<br>By _Laura Belden_ |

## CLAIM FOR DAMAGES

## COMPLAINT

Plaintiff H.M. alleges in her Complaint against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 to 100, inclusive (collectively referred to as "Defendants"), as follows:

## JURISDICTION AND VENUE

1.     This Complaint is asserted H.M. (referred to as "Plaintiff"), for compensation, as follows:

    a. FIRST CAUSE OF ACTION: Violation of Plaintiff's Rights Pursuant to 42 U.S.C. § 1983 against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive;

    b. SECOND CAUSE OF ACTION: Gender Violence in Violation of California Civil Code § 52.4 against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive;

    c. THIRD CAUSE OF ACTION: Violation of Plaintiff's rights under California Civil Code §51.9 against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive;

    d. FOURTH CAUSE OF ACTION: Violation of the Unruh Civil Rights Act, California Civil Code § § 51, 52 against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive;

    e. FIFTH CAUSE OF ACTION: Negligent Hiring, training, retention, supervision, and/or discipline against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive;

    f. SIXTH CAUSE OF ACTION: Assault under California Law against Defendants against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive;

    g. SEVENTH CAUSE OF ACTION: Intentional Infliction of Emotional Distress Under California Law against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive;

h. EIGHTH CAUSE OF ACTION: Conspiracy against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive; and

i. NINTH CAUSE OF ACTION: Sexual Battery in Violation of California Civil Code § 1708.5 against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive.

2. Venue is proper in the Superior Court of the State of California, for the County of Kern, in that the underlying acts, omissions, injuries, and related facts and circumstances upon which the present action is based occurred in the City of Bakersfield, at or near Fastrip, 630 Airport drive, Bakersfield, California 93308 in the County of Kern within the boundaries of this Court. Further, this Court is the proper court because at least one defendant resides in its jurisdictional area. This Court has jurisdiction over the present matter because, as delineated within this complaint, the nature of the claims and amounts in controversy meet the requirements for jurisdiction in the Superior Court.

3. Plaintiff's Complaint is an action that exceeds $25,000 and is an Unlimited Civil Case.

## PARTIES AND OTHER RELEVANT ACTORS

4. At all times relevant hereto, Plaintiff H.M. is a resident of the County of Kern, California.

5. Plaintiff H.M. is a competent adult. Given the sensitive nature of this action, and in order to preserve Plaintiff's privacy interests as well as her safety, she will be identified in this claim only by her initials H.M. Defendants are aware of and indeed know the full name and identity of the Plaintiff.

6.     At all times relevant hereto, Defendant COUNTY OF KERN and COUNTY OF KERN Sheriff's Department is and was a public entity, duly organized and existing under and by virtue of the laws of the State of California.

7.     At all relevant times herein, Defendant COUNTY OF KERN:

    a.    received federal financial assistance within the meaning of 29 U.S.C. § 794(a) and *Zukle v. Regents of University of California*, 166 F.3d 1041, 1045 (9th Cir. 1999)

    b.  constituted "programs or activities" within the meaning of 29 U.S.C. § 794(b) in that said Defendants were instrumentalities of state or local government;

    c.  were public entities within the meaning of 42 U.S.C. § 12131(1); and

    d.  were "business establishments" within the meaning of the Unruh Act, California Civil Code §§§ 51, 51.5, 51.5.

8.     At all times relevant hereto, Defendant DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive, were residents of the County of Kern, and at all times mentioned herein were acting under color of law, to wit, under the color of the statutes, ordinances, regulations, policies, customs, and usages of defendant COUNTY OF KERN and the COUNTY OF KERN Sheriff's Department, and under the color of the statutes, regulations, policies of the State of California. Said defendants were acting within their capacity as employee, agent, representative and servant of the Defendant COUNTY OF KERN and COUNTY OF KERN Sheriff's Department.

9.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these Defendants by such

fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities when ascertained. Plaintiff is informed and believes, and on that basis alleges, that each of the fictitiously named Defendant is liable in the manner set forth below for the acts, conduct and/or omissions concerning the events and happenings herein referred to, which proximately caused the damages and injuries to Plaintiff as alleged herein.

10. Plaintiff is informed and believes, and on that basis alleges, that at all times and places mentioned herein, each Defendant was the agent, representative and/or employee of each of the remaining Defendants and was acting within the course and scope of said agency, representation and/or employment.

11. In performing and engaging in the acts alleged herein, each Defendant was acting under color of law, to wit, under the statutes of the State of California and the ordinances, regulations, customs, and practices of Defendant COUNTY OF KERN.

## FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION
## CLAIM FOR DAMAGES

12. Plaintiff has complied with the California Tort Claims Act, California Government Code § 910 *et seq*.

13. The date, place, and other circumstances of the occurrences or transactions that give rise to this Claim are as follows:

    a. At all relevant times, Plaintiff was an individual living in Bakersfield, California.

b. At all relevant times herein, Defendants DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive, were: (i) Sheriff's Deputies, agents, and/or employees of the Kern County Sheriff's Office, and Defendant COUNTY OF KERN; and (ii) acting within the course and scope of said employment and agency, under color of law.

c. At said time and place, and at all relevant times herein, Plaintiff H.M. complied to the best of her ability with all lawful orders and instructions by Defendant DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive, and all other public officers and peace officers.

d. The incidents that are the basis of this Claim began on or about August 2019 and continued through October 13, 2019, at or near Fastrip, 630 Airport Drive, Bakersfield, California 93308 in the County of Kern.

e. At all relevant times herein, Plaintiff H.M. was an employee of Fastrip, located on 630 Airport Drive, Bakersfield, California 93308 in the County of Kern. Fastrip is a gas station and convenience store.

f. At all relevant times herein, Defendant DEPUTY MICHAEL CLARK was a customer of Fastrip who visited the store on a frequent basis, in his Kern County Sheriff's Deputy uniform and/or in his Kern County Sheriff's Deputy patrol vehicle, within the course and scope of his employment.

g. Within said time and at said place, Defendant DEPUTY MICHAEL CLARK made inappropriate and/or sexually suggestive comments, remarks, and/or statements to Plaintiff.

h. Within said time and at said place, Defendant DEPUTY MICHAEL CLARK wrote inappropriate and sexually suggestive writings on paper, including on Fastrip receipts. This was done despite Plaintiff's request to Defendant DEPUTY MICHAEL CLARK for him to stop because such comments made her feel uncomfortable.

i. Within said time and at said place, Defendant DEPUTY MICHAEL CLARK threatened Plaintiff.

j. Within said time and at said place, Defendant DEPUTY MICHAEL CLARK grabbed Plaintiffs hand without her consent.

k. On or about late August to early September, Defendant DEPUTY MICHAEL CLARK grabbed, groped, touched, and/or molested Plaintiff's buttocks and made sexually suggestive comments.

l. Throughout the said time and place, Plaintiff repeatedly told Defendant DEPUTY MICHAEL CLARK to stop his inappropriate and/or threatening conduct as well as his sexually suggestive comments and made her feel intimidated, threatened, and uncomfortable. All of Defendant DEPUTY MICHAEL CLARK's interactions with Plaintiff were while he was in his Deputy Sheriff's uniform and/or while he had his patrol vehicle.

14.    As an actual, legal and proximate result of the intentional, deliberately indifferent, reckless, negligent and otherwise wrongful conduct of Defendants, and each of them, Plaintiff was assaulted, harassed, sexually harassed, intimidated, threatened, and sexually assaulted by Defendant DEPUTY MICHAEL CLARK, and incurred and suffered

physical pain, mental pain and anguish, emotional distress, medical expenses, lost earnings and lost earning capacity.

15.     At all relevant times herein, Defendants, and each of them, owed a duty to Plaintiff to avoid causing, without adequate cause, justification or provocation, her to be subjected to: (a) being placed in fear of physical touching; (b) battery; (c) assault; (d) sexual assault, (e) sexual harassment; (f) harassment; (g) being subjected to intentional infliction of emotional distress; and (h) negligently inflicted physical and emotional harm.

16.     Defendants, and each of them, breached their duty to Plaintiff by intentionally, recklessly, negligently, and/or carelessly causing Plaintiff H.M. to be subjected to: (i) being placed in fear of physical touching; (ii) assault, (iii) battery; (iv) sexual assault; (v) sexual harassment; (vi) harassment; (vii) being subjected to intentional infliction of emotional distress; and (viii) negligently inflicted physical and emotional harm.

### FIRST CAUSE OF ACTION
### Violation of Plaintiff's Rights Pursuant to 42 U.S.C. § 1983.
### [Against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 through 100, inclusive.]

17.     Plaintiff realleges and incorporates by reference all of the other allegations set forth in this Complaint as if fully set forth herein.

18.     Defendants' failure to prevent and remedy the sexual assaults, harassment, degrading treatment, and privacy violations by Defendants and employees of COUNTY OF KERN, and DOES 1 through 100, inclusive, constitutes an official policy, custom, pattern or practice that has deprived Plaintiff of her constitutional right bodily integrity

and right to privacy without due process of law in violation of the Fourth, Eighth and Fourteenth Amendments of the United States Constitution and 42 U.S.C. § 1983.

19.   The deprivation of constitutional rights alleged in this Complaint are the direct result of official policy, custom, and practices of Defendants and each of them.

## SECOND CAUSE OF ACTION

### Gender Violence in Violation of California Civil Code § 52.4

### [Against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 through 100, inclusive.]

20.   Plaintiff realleges and incorporates by reference all of the other allegations set forth in this Complaint as if fully set forth herein.

21.   In engaging in and performing the acts, omissions, and conduct alleged herein, Defendants DEPUTY MICHAEL CLARK and DOES 1 to 50, inclusive, while acting within the course and scope of their employment with Defendants COUNTY OF KERN, and the Kern County Sheriff's Department, engaged in acts of gender violence and violated Plaintiff's rights under California Civil Code § 52.4.

22.   As an actual, direct, proximate and legal result of the wrongful conduct by Defendants DEPUTY MICHAEL CLARK and Does 1 to 50, inclusive , Plaintiff: (a) suffered and incurred severe physical injuries, severe emotional injuries and distress, and medical expenses; and (b) will suffer and incur future continuing emotional distress, and medical expenses.

23.   Plaintiff is entitled to recover her attorneys' fees pursuant to California Civil Code § 52.4(a).

24.     Defendants DEPUTY MICHAEL CLARK and Does 1 to 50, inclusive are legally responsible for, and has a duty to pay all of the damages, punitive or exemplary damages, penalties, attorneys' fees, and costs set forth in this causing o faction pursuant to California Government Code § 820(a).

25.     Defendants COUNTY OF KERN, and DOES 51 to 100, inclusive, are legally responsible for, and have duty to pay, all of the damages, punitive or exemplary damages, penalties, attorneys' fees, and costs set forth in this causing o faction pursuant to California Government Code §815.2(a).

## THIRD CAUSE OF ACTION

### Violation of Plaintiff's Rights Pursuant to Civil Code § 51.9

### [Against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 through 100, inclusive.]

26.     Plaintiff realleges and incorporates by reference all of the other allegations set forth in this Complaint as if fully set forth herein.

27.     At all relevant times, Defendants DEPUTY MICHAEL CLARK and Does 1 to 50, inclusive, subjected Plaintiff to sexual harassment in the course of a business, service, or professional relationship.

28.     Defendants DEPUTY MICHAEL CLARK and Does 1 to 50, inclusive made sexual advances, solicitations, sexual requests, demands for sexual compliance by Plaintiff, or engaged in other verbal, visual, or physical conduct of a sexual nature or of a hostile nature based on gender.

29.     These advances by Defendants DEPUTY MICHAEL CLARK and Does 1 to 50, inclusive   were unwelcome, pervasive, and severe.

30.     Plaintiff was unable to easily terminate the relationship.

31.     Plaintiff has suffered or will suffer economic loss or disadvantage or personal injury, including, but not limited to, emotional distress or the violation of a statutory or constitutional right.

32.     Defendants DEPUTY MICHAEL CLARK and Does 1 to 50, inclusive are legally responsible for, and has a duty to pay all of the damages, punitive or exemplary damages, penalties, attorneys' fees, and costs set forth in this causing o faction pursuant to California Government Code § 820(a).

33.     Defendants COUNTY OF KERN and DOES 51 to 100, inclusive, are legally responsible for, and have a duty to pay, all of the damages, punitive or exemplary damages, penalties, attorneys' fees, and costs set forth in this causing o faction pursuant to California Government Code §815.2(a).

## FOURTH CAUSE OF ACTION

### Violation of the Unruh Civil Rights Act, California Civil Code §§ 51, 52

### [Against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 through 100, inclusive.]

34.     Plaintiff realleges and incorporates by reference all of the other allegations set forth in this Complaint as if fully set forth herein.

35.     Defendant COUNTY OF KERN, is a "business establishments" within the meaning of the Unruh Act, California Civil Code § 51 and California Civil Code § 51.5.

36.     In engaging in and performing the acts, omissions and conduct alleged herein, Defendants violated or aided or incited the violation of, or made discrimination or distinction contrary to, the Unruh Act, California Civil Code § 51, and/or California Civil Code § 51.5.

37.     In engaging in and performing the acts, omissions and conduct alleged herein, Defendants DEPUTY MICHAEL CLARK and Does 1 to 50, inclusive, violated or aided or incited the violation of, or made discrimination or distinction contrary to, the Unruh Act, California Civil Code § 51, and/or California Civil Code § 51.5, and are therefore liable for said acts, omissions and conduct pursuant to California Civil Code § 52(a)

## FIFTH CAUSE OF ACTION
### Negligent Hiring, Training, Retention, Supervision, and/or Discipline
### [Against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 through 100, inclusive.]

38.     Plaintiff realleges and incorporates by reference all of the other allegations set forth in this Complaint as if fully set forth herein.

39.     Prior to and on August 2019 to October 13, 2019, and at all relevant times herein, Defendants COUNTY OF KERN and the Kern County Sheriff's Office, and their employees, agents, supervisors, managers and/or representatives, DOES 51 to 100, inclusive:

a. were negligent and careless with respect to the hiring, training, supervision, discipline, and retention of the Defendants DEPUTY MICHAEL CLARK, and DOES 1 through 50, inclusive;

b. knew or should have known of the unfitness of Defendants DEPUTY MICHAEL CLARK, and DOES 1 through 50, inclusive and such unfitness posed a substantial risk of personal injury to Plaintiff or others in the same circumstances;

c. knew or should have known that DEPUTY MICHAEL CLARK, and DOES 1 through 50, inclusive, were persons who could not be trusted to act properly without being supervised, trained, and/or disciplines;

d. were negligent and careless with respect to their failure to properly train Defendants DEPUTY MICHAEL CLARK and DOES 1 to 50, inclusive, including but not limited to: (1) sexual assault; (2) sexual harassment; (3) harassment; and (4) intimidation; and

e. the negligence and carelessness of Defendants COUNTY OF KERN and Kern County Sheriff's Office includes but is not limited to, the failure to properly train Defendants DEPUTY MICHAEL CLARK, and DOES 1 to 50, inclusive.

40.     As an actual, legal and proximate result of said Defendants' deliberate indifference, recklessness, negligence and carelessness, Plaintiff has suffered general and special damages, including but not limited to personal injuries and emotional distress trauma, and damages alleged herein.

41.     At all relevant times, Plaintiff complied to the best of her (and indeed anyone's) ability with all lawful orders and instructions by Defendants DEPUTY

MICHAEL CLARK, and DOES 1 to 50, inclusive, and all other public officers and peace officers.

## SIXTH CAUSE OF ACTION
### Assault Under California Law
### [Against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 through 100, inclusive.]

42.     Plaintiff realleges and incorporates by reference all of the other allegations set forth in this Complaint as if fully set forth herein.

43.     In engaging in and performing the acts, omissions, and conduct alleged herein, Defendants DEPUTY MICHAEL CLARK, and DOES 1 to 50, inclusive, while acting within the course and scope of their employment with Defendant COUNTY OF KERN intended to cause and did cause Plaintiff to suffer apprehension of an immediate harmful contact.

44.     Defendants DEPUTY MICHAEL CLARK, and DOES 1 to 50, inclusive, are legally responsible for, and have a duty to pay all of the damages, punitive or exemplary damages, penalties, attorneys' fees, and costs set forth in this causing o faction pursuant to California Government Code § 820(a).

45.     Defendant COUNTY OF KERN and DOES 51 to 100, inclusive, are legally responsible for, and have duty to pay, all of the damages, punitive or exemplary damages, penalties, attorneys' fees, and costs set forth in this causing o faction pursuant to California Government Code §815.2(a).

## SEVENTH CAUSE OF ACTION

### Intentional Infliction of Emotional Distress Under California Law

### [Against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 through 100, inclusive.]

46.     Plaintiff realleges and incorporates by reference all of the other allegations set forth in this Complaint as if fully set forth herein.

47.     In engaging in and performing the acts, omissions, and conduct alleged herein, Defendants DEPUTY MICHAEL CLARK, and DOES 1 to 50, inclusive, while acting within the course and scope of their employment with Defendant COUNTY OF KERN, engaged in conduct that was outrageous and carried out with the intent to cause, and did in fact cause, Plaintiff extreme and severe emotional distress.  As an actual direct proximate and legal result of the acts, omissions and conduct of Defendants, Plaintiff suffered, and seeks to recover for, extreme and enduring mental, physical and emotional pain, distress, shock, agony, and suffering, in an amount according to proof at trial.

## EIGHTH CAUSE OF ACTION

### Civil Conspiracy under California law

### [Against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 through 100, inclusive.]

48.     Plaintiff realleges and incorporates by reference all the other allegations set forth in this Complaint as if fully set forth herein.

49.     Plaintiff was harmed by Defendants, and each of them, through the alleged actions.  Defendants and each of them, are responsible for the harm because Defendants,

and each of them, were part of a conspiracy to commit the above alleged violations and torts.

50.    Defendants, and each of them, were aware that each other Defendant planned to injure Plaintiff.

51.    Defendants, and each of them, agreed with each other Defendant and intended that the injury to Plaintiff be committed.

## NINTH CAUSE OF ACTION

### Sexual Battery in Violation of California Civil Code § 1708.5
### [Against Defendants COUNTY OF KERN, DEPUTY MICHAEL CLARK, and DOES 1 through 100, inclusive.]

52.    Plaintiff realleges and incorporates by reference all of the other allegations set forth in this Complaint as if fully set forth herein.

53.    In engaging in and performing the acts, omissions, and conduct alleged herein, Defendant DEPUTY MICHAEL CLARK while acting within the course and scope of his employment with Defendant COUNTY OF KERN, engaged in acts of gender violence and violated Plaintiff's rights under California Civil Code § 1708.5.

54.    As an actual, direct, proximate and legal result of the wrongful conduct by Defendants, and each of them, Plaintiff: (a) suffered and incurred severe physical injuries, severe emotional injuries and distress, and medical expenses; and (b) will suffer and incur future continuing emotional distress, and medical expenses.

55.     Defendant DEPUTY MICHAEL CLARK, is legally responsible for, and has a duty to pay all of the damages, punitive or exemplary damages, penalties, attorneys' fees, and costs set forth in this causing o faction pursuant to California Government Code § 820(a).

56.     Defendant COUNTY OF BAKRESFIELD and DOES 51 TO 100, inclusive, are legally responsible for, and have duty to pay, all of the damages, punitive or exemplary damages, penalties, attorneys' fees, and costs set forth in this causing o faction pursuant to California Government Code §815.2(a).

## ATTORNEYS' FEES AND COSTS

57.     Pursuant to the provisions of 42 U.S.C. § 1988 and California Civil Code § 52.1(h), Plaintiff is entitled.to and demands an award of reasonable attorneys' fees and costs attendant to prosecuting this action in an amount to be determined according to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks damages as follows:

a.      General damages – In an amount to be proven at trial;

b.      Special damages – In an amount to be proven at trial;

c.      Punitive damages – Against the individual Defendants, in an amount to be proven at trial;

d.      An award of prejudgment interest;

e.      An award of post-judgment interest pursuant to 28 U.S.C. § 1961(a);

f.      Attorney's fees and costs of suit incurred herein; and

g.      For such other and further relief as the Court deems just and proper.


DATED:  August 25, 2020                    RODRIGUEZ & ASSOCIATES


                                           By:_____
                                              DANAY GONZALEZ
                                              Attorneys for Plaintiffs