**MARGO A. RAISON, COUNTY COUNSEL**
By: Kathleen Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendant County of Kern

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.M., | Case No.: 1:20-CV-01339-None-JLT |
| Plaintiff, | JOINT STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |
| v. | (Doc. 7) |
| COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive | |
| Defendants. | |

### JOINT STIPULATION

COME NOW the parties to this action jointly, through their respective attorneys of record, and stipulate as follows:

1. Plaintiff H.M filed a complaint in the Kern County Superior Court on August 26, 2020;

2. Defendants removed the matter to federal court on September 19, 2020.

3. The current deadline for Defendants to move to dismiss or otherwise respond to the Complaint is September 25, 2020;

1

Stipulation to Extend Time to File a Responsive Pleading to Complaint          1:20-CV-01339-None-JLT

4. Counsel for Defendants have begun the meet and confer process with Plaintiff's counsel regarding Defendants' proposed motions to dismiss, however the meet and confer process will not be completed prior to the deadline of September 25th for Defendants to respond to the Complaint. All parties would benefit from additional time to complete the meet and confer process;

5. NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants that the deadline for all Defendants to move to dismiss, answer, or otherwise respond to the Complaint shall be extended to and including October 9, 2020.

SO STIPULATED.

Dated: September 25, 2020                ERICKSEN ARBUTHNOT

By:   /s/Michael Lehman
      Michael Lehman,
      Attorney for Michael Clark

Dated: September 25, 2020                RODRIGUEZ & ASSOCIATES

By:   /s/Danay Gonzalez
      Danay Gonzaelz
      Attorneys for Plaintiff H.M

Dated: September 25, 2020                MARGO A. RAISON, COUNTY COUNSEL

By:   /s/Kathleen Rivera
      Kathleen Rivera, Deputy
      Attorneys for Defendants County
      of Kern

As the filer of this document, I, Kathleen Rivera, attest that all counsel have authorized me to attach their electronic signature to this document on September 24, 2020.
//
//

[~~PROPOSED~~] ORDER

The court, having considered the stipulation of the parties to extend the time for all defendants to respond to Plaintiff's Complaint, hereby ORDERS that the deadline for all defendants to respond to Plaintiff's Complaint is on or before October 9, 2020.

IT IS SO ORDERED.

Dated: **September 25, 2020**            **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE