**MARGO A. RAISON, COUNTY COUNSEL**
By: Kathleen Rivera, Deputy (SBN 211606)
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendant County of Kern**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.M., | Case No.: 1:20-cv-01339-JLT-BAK (BAM) |
| Plaintiff, | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND TIME FOR DEFENDANT COUNTY OF KERN TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| COUNTY OF KERN, DEPUTY MICHAEL CLARK and DOES 1 to 100, inclusive | |
| Defendants. | |

BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel, to allow defendant County of Kern an extension of two weeks to file a responsive pleading to plaintiff's First Amended Complaint.

1. Plaintiff filed her First Amended Complaint on March 2, 2022; accordingly defendant County of Kern's responsive pleading is due on March 16, 2022;

2. Defendant County of Kern wishes to have additional time to draft its responsive pleading;

3. Plaintiff's counsel has agreed to allow counsel for defendant County of Kern to have two additional weeks to file a responsive pleading; accordingly the new date to respond to the First Amended Complaint will be March 30, 2022.

4. There have been no previous extensions of time for the filing of a response to the First Amended Complaint.

Respectfully submitted,

Dated:  March 16, 2022    MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Kathleen Rivera
    Kathleen Rivera, Deputy
    Attorneys for Defendant County of Kern

Dated:  March 16, 2022    RODRIGUEZ & ASSOCIATES

By:  /s/Victoria Harp
    Victoria Harp
    Attorneys for Plaintiff

*As the filer of this document, I attest that attorney Victoria Harp gave me her permission via e mail on March 16, 2022 to affix her electronic signature to this document and file it.

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant County of Kern's request for an extension of time to file a responsive pleading is GRANTED.  Defendant County of Kern shall file a responsive pleading to the First Amended Complaint on or before March 30, 2022.

IT IS SO ORDERED.

Dated:  **March 17, 2022**        /s/ Barbara A. McAuliffe
                UNITED STATES MAGISTRATE JUDGE